# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff.<br><br>    v.<br><br>Chris Pimentel BELL,<br><br>                    Defendants. | Case No.  26MJ8067-LR<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony) |

The undersigned complainant being duly sworn states:

On or about January 30, 2026, within the Southern District of California, defendant Chris Pimentel BELL, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, Francisco Javier GARCIA-Torres, had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

And the complainant states this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

*Karla Buenrostro*
KARLA BUENROSTRO
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 2nd day of February 2026.

HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Chris Pimentel BELL

## PROBABLE CAUSE STATEMENT

I, Border Patrol Agent, Ricardo Banaga, declare under penalty and perjury that the following statement is true and correct:

This complaint is based upon statements in the investigative report by Border Patrol Agent (BPA) F. Duarte-Leon and BPA K. Keldsen, that on January 30, 2026, Chris Pimentel BELL (BELL), a Citizen of the United States, was arrested near Calexico, California, while smuggling one illegal alien into the United States, Francisco Javier GARCIA-Torres (GARCIA), Mexican citizen, in violation of Title 8, United States Code, Section 1324.

On January 30, 2026, Agents assigned to the Calexico Border Patrol Station's Disrupt Unit (Disrupt) apprehended a grey colored Nissan Sentra, bearing California license plates that was being used to smuggle one illegal alien into the United States. The driver of the Nissan, Chris Pimentel BELL, a citizen of the United States, was arrested for alien smuggling. BELL was processed criminally for 8 USC 1324 Alien Smuggling. The grey Nissan Sentra was seized as evidence.

BELL had a grey BLU phone. His phone was found on his person, BELL claimed ownership of this phone and the phone was seized as evidence. GARCIA had a purple Samsung phone; the phone was found on his person. GARCIA claimed ownership of the phone and the phone was seized as evidence.

The Calexico Stations Disrupt Unit was conducting surveillance approximately 7 miles east of Calexico West Port of Entry. In this area, the border between the United States and Mexico is clearly marked by a 20-foot-tall metal fence that separates the United States from Mexico. In this area, the All-American Canal (AAC) is directly north of the International Boundary Fence (IBF), the canal is a water way which spans approximately 50 feet wide and flows westbound parallel to the border. The area north of the AAC is mostly agricultural fields, warehouses, and has dirt roads leading to Highway 98.

This area is consistently used by smugglers to smuggle illegal aliens (IAs) into the United States. In this area, it is common for people wishing to enter the United States illegally to hire smugglers in Mexico who assist them over the border fence. Once on the north side, IAs are normally given instructions on where to go, and a vehicle will pick them up. This area is used by smugglers on a regular basis due to its proximity to Highway 98.

At approximately 12:20 pm, agents assigned to the Remote Video Surveillance System (RVSS) and Small Unmanned Aircraft Systems (sUAS) observed two individuals hiding south of the International Boundary Fence (IBF) wearing life vests in Zone 16 of the Calexico Area of Responsibility (AOR). Zone 16 is located approximately 7.6 miles east of the Calexico West Port of Entry. At approximately 1:46 pm, agents assigned to RVSS observed two individuals illegally climb over the IBF and relayed the information to Calexico Disrupt agents in the field via service radio. One suspected individual continued north and entered the AAC while the other suspected individual turned back south and crossed back into Mexico. The suspected individual who continued north was later identified as Francisco Javier GARCIA-Torres. Once GARCIA was approximately 100 yards north of the AAC, RVSS agents relayed to Agents in the field that GARCIA was running on a field road and appeared to be making a phone call. Agents acknowledged the transmission and repositioned themselves north on Highway 98.

At approximately 2:30 p.m., RVSS operators observed a small grey sedan driving south on a field road towards GARCIA. RVSS operators observed the vehicle slow down as it reached GARCIA and relayed to Agents that GARCIA had boarded the front passenger's side of the vehicle. RVSS operators then observed the sedan turn around and merge onto the westbound lanes of Highway 98. RVSS operators relayed all this information and a description of the vehicle, including its direction of travel, to Agents. Immediately, Agents responded to the area in an attempt to conduct a traffic stop on the vehicle. As the vehicle approached Keffer Road, driving westbound on Highway 98, Border Patrol Agent (BPA) F. Duarte-Leon activated his emergency lights and sirens to initiate a traffic stop. Simultaneously, to mitigate the risk of potentially endangering the

3

surrounding public, BPA K. Keldsen and BPA D. Gomez deployed their Controlled Tire Deflation Devices (CTDDs). Due to BPA Keldsen's training and experience, he understands that alien smugglers will Failure To Yield (FTY) and drive recklessly to avoid apprehension by Border Patrol Agents endangering the lives of all occupants of the vehicle. To avoid an FTY, BPA Keldsen successfully deployed his CTDD. The driver of the vehicle, later identified as Chris Pimentel BELL, stopped his vehicle short of the CTDDs and was quickly approached by Disrupt agents. BPA F. Duarte and BPA D. Gomez approached the grey Nissan Sentra and observed a male driver, later identified as Chris Pimentel BELL, and one male passenger, later identified as Francisco Javier GARCIA-Torres. BPA F. Duarte and BPA D. Gomez identified as U.S. Border Patrol Agents and conducted an immigration inspection on all occupants of the vehicles. BELL exited the vehicle and was handcuffed and placed in the back of a Border Patrol service vehicle. It was determined that BELL was a United States Citizen. Simultaneously, BPA D. Gomez approached the passenger of the vehicle, identified himself as a United States Border Patrol Agent, and ordered the passenger out of the vehicle. GARCIA exited the vehicle, was handcuffed, and placed in the back of a Border Patrol service vehicle.

BELL was determined to be a Citizen of the United States. GARCIA was determined to be illegally present in the United States without proper immigration documents. BELL was arrested for 8 USC 1324 Alien Smuggling. GARCIA was arrested for being in the United States illegally. All subjects were transported to the Calexico Border Patrol Station for further processing.

During a Post Miranda statement, BELL acknowledged that his statement was being recorded and was willing to speak about what happened on today's date. BELL stated that his true and correct name is Chris Pimentel BELL. BELL stated he was driving to "Bison Ranch" to look for employment, and on his way to the ranch, he saw a man on the side of the road and decided to stop to offer help. BELL stated that the man on the side of the road asked for water and a ride to a nearby gas station. BELL admitted to being contacted by a friend offering money to pick up a person on the side of the road and transport the person

4

to a nearby gas station. BELL consented to showing BPA. F. Duarte the conversation with his friend through cell phone messages, the conversation revealed that BELL agreed to pick up an undocumented individual and drop him off at a Walmart for $2,000 USD.

During a Post Miranda statement, Material Witness GARCIA acknowledged that his statement was being recorded and was willing to speak about what happened on today's date. GARCIA stated he is a citizen of Mexico. GARCIA stated he does not have any immigration documents to be in the United States legally. GARCIA stated he made arraignments to be smuggled into the U.S., and he was charged $6,500 USD.

GARCIA stated that his true and correct name is Francisco Javier GARCIA-Torres. GARCIA stated he was born, in Guanajuato, Mexico and stated that he is a citizen of Mexico. GARCIA stated that he traveled to Mexicali, Baja California with the intention of crossing into the United States illegally. GARCIA stated that his intended destination was Salinas, California and his friends from Salinas made the arrangements on his behalf to be smuggled into the United States. Once he arrived in Mexicali, Baja California he was picked up by smugglers and driven to the International Boundary Fence (IBF). GARCIA stated the smuggler helped him climb over the IBF using a tree on the Mexican side. GARCIA stated the smuggler turned back south to Mexico and he was instructed to run straight north from the IBF and swim across the canal. He received a call on his cellphone and was guided on how to continue north by a subject with the alias of FUR via cellphone. GARCIA stated that he was informed by FUR that a grey vehicle was going to pick him up south of the highway. GARCIA stated that a grey car pulled up to him and the driver, later identified as Chris Pimentel BELL (BELL), told him to get in. GARCIA stated that he opened the front passenger door and boarded the vehicle. GARCIA stated he sat in the front passenger seat and put his seatbelt on. GARCIA stated that BELL offered him a cigarette, and then he saw the agents deploy spike strips in front of the vehicle.

GARCIA was presented with a six pack of photos in which he identified photo #4 (photo #4 is Chris Pimentel BELL) as the driver.

The complainant states the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Francisco Javier GARCIA-Torres | Mexico |

Further, complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

Executed on January 31, 2026, at 1:43 a.m.

*Ricardo Banaga*

RICARDO BANAGA
BORDER PATROL AGENT

On the basis of the facts presented in this probable cause statement consisting of six pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on January 30, 2026, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

_____
HON. DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE

8:36 AM, Jan 31, 2026

_____
Date/Time

6