United States District Court

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>CHRIS PIMENTEL BELL,<br><br>                              Defendant. | Case No.: <u>26cr00524-CAB</u><br>                        26MJ8067<br><br>**Information**<br><br>Title 8, U.S.C., § 1324(a)(1)(A)(ii) –<br>Transportation of Certain Aliens<br>(Felony) |

The United States Attorney charges:

On or about January 30, 2026, within the Southern District of California, the defendant, Chris Pimentel Bell, knowing and in reckless disregard of the fact that an alien, namely, Francisco Javier Garcia-Torres, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Dated: <u>2/20/2026</u> .

ADAM GORDON
United States Attorney

*Cassandra Ross*

Cassandra Ross
Assistant U.S. Attorney

CRO:jf:2/9/2026