**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 26-CR-0524-CAB |
| Plaintiff, | ORDER |
| V. | |
| CHRIS PIMENTEL BELL (1), | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted, and this Court accepts Defendant's PLEA OF GUILTY to Count(s) ONE (1) of the Information.

Dated: 5/5/2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge